# Court of Appeals
# of the State of Georgia

ATLANTA,  August 06, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1929.  KARON COURTNEY v. SHERMAN MOODY, III et al.**

Appellant has filed a motion to remand this appeal to the trial court to obtain rulings on motions she asserts are pending, which appear to necessitate factual findings and the presentation of evidence. Accordingly, this case is hereby remanded to the trial court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/06/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*